IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DEANGELO RICHARD, )<br>)<br>Defendant. ) | Criminal No. 12-20216 JTF<br><br>18 U.S.C. § 922(g) |

# INDICTMENT

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>

On or about June 16, 2012, in the Western District of Tennessee, the defendant, ---------------------------------------- **DEANGELO RICHARD** ---------------------------------------- having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, that is a Bryco .380 caliber pistol, in violation of Title 18, United States Code, Section 922(g).

A TRUE BILL:

s/ Grand Jury Foreperson

DATE: August 30, 2012

EDWARD L. STANTON, III
UNITED STATES ATTORNEY