To The cleark office:

I'm DeAngelo Richard #24494-076. I was requesting for my ~~Docee~~ Discovery Package for 18:922(G)(F) unlawful Transport of firearms, and my Dockets sheet. I trying to go back to and look at something to do some legal work. Please I need my Trans sheet that what was said in court.

Thank-you

Docket number... 2:12CR20216-JTF-01